United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-90002 |
| BASIC ENERGY SERVICES, INC., *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| PRIEST PETROLEUM CORPORATION, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-03208 |
| | § | |
| SELECT ENERGY SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER (I) DENYING DEFENDANT'S MOTION TO DISMISS, (II) DENYING PLAINTIFFS' MOTION FOR REMAND, AND (III) REQUESTING BRIEFING

For the reasons stated on the record at the hearing held on October 26, 2023, the Court orders:

1. Defendant's Motion to Dismiss at Docket No. 5 is denied.

2. PPC Energy, LP and Priest Petroleum Corporation's Motion for Remand at Docket No. 7 is denied.

3. The parties must submit briefing by December 1, 2023, at 12:00 pm (CT) on the following issue:

    Whether all or any portion of the "Final Judgment" entered by the 143rd District Court of Reeves County, Cause No. 20-01-23355-CVR, in favor of PPC Energy, LP and Priest Petroleum Corporation against Basic Energy Services, LP is an "Assumed Liability" as defined in the executed Asset Purchase Agreement approved by the Court in connection with the Order at Main Case Docket No. 438.

4. The Court will rule on this issue at a hearing on December 28, 2023, at 10:00 am (CT).

Signed: November 02, 2023

Christopher Lopez
United States Bankruptcy Judge