United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PRIEST PETROLEUM CORPORATION, §
*et al.*, §
§
Appellants, §
§
VS. §   CIVIL ACTION NO. 4:24-CV-00213
§
SELECT ENERGY SERVICES, LLC, §
§
Defendant. §

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on July 24, 2024. Doc. #12. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Defendant Select Energy Services, LLC's Motion to Dismiss Appeal (Doc. #2) is GRANTED, and Appellants Priest Petroleum Corporation and PPC Energy LP's appeal is DISMISSED.

It is so ORDERED.

SEP 1 3 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge